# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Donovan Dukes and Syreeta Kitchen-Dukes,<br><br>Plaintiff,<br>v.<br><br>Diversified Collection Services, Inc.,<br><br>Defendant. | Civil Action No.: 3:12-cv-00642 |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: April 16, 2013

Respectfully submitted,    By  /s/Ruth M. Allen

Ruth M. Allen, Esq.
Bar Number: 34739
Ruth Allen Law, PLLC
7413 Six Forks Road, Suite 326
Raleigh, NC  27615
Telephone: (203) 653-2250 Ext. 5536
Facsimile: (203) 653-3424
rallen@lemberglaw.com
*Attorney for Plaintiff*

Of Counsel To:
Sergei Lemberg, Esq.
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of North Carolina Electronic Document Filing System (ECF) which sent notice to the following party listed below:

Caren D. Enloe, Esq.
Morris Manning & Martin, LLP
P.O. Box 12768
Research Triangle Park, NC 27709
*Attorney for Defendant*

                                                By /s/Ruth M. Allen
                                                    Ruth M. Allen, Esq.